# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVINONTAE ROSS

NO. 2025 KW 0336

JUNE 16, 2025

---

In Re:    Kevinontae Ross, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          619102.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the indictment, the pertinent court minutes, and he
failed to include with the motion for speedy trial an affidavit
executed by his counsel certifying that he and counsel are prepared
to proceed to trial within the applicable time delays. See La.
Code Crim. P. art. 701(D)(1). Thus, there is no documentation of
when prosecution was instituted in this case. See La. Code Crim.
P. art. 934(7); **State v. Odom**, 2003-1772 (La. App. 1st Cir.
4/2/04), 878 So.2d 582, 593, writ denied, 2004-1105 (La. 10/8/04),
883 So.2d 1026 (The right to a speedy trial attaches when an
individual becomes an accused, whether by formal indictment or
bill of information.) Supplementation of this writ application
and/or an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
Any future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy of
this ruling.

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT